**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| OSCAR GARNER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:21-cv-00004-JAR |
| | ) | |
| DR. WALKER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This matter comes before the Court on a letter submitted by plaintiff Oscar Garner in response to the Court's order of January 12, 2022. The Court had ordered plaintiff to provide the proper name and address of Jane Doe Nurse, so that she could be served. In the letter, plaintiff provides the nurse's name as Nurse Dawn, and her address as 301 N. Second Street, St. Charles, MO 63301.

Based on this information, the Court will direct the Clerk of Court to substitute Nurse Dawn for Jane Doe-1. Further, the Court will direct the Clerk of Court to issue process or cause process to issue on Nurse Dawn in her individual capacity as to plaintiff's claim of deliberate indifference to his medical needs.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court shall substitute defendant Nurse Dawn for Jane Doe-1.

**IT IS FURTHER ORDERED** that the Clerk of Court shall issue process or cause process to issue on Nurse Dawn Unknown, 301 N. Second Street, St. Charles, MO 63301, as to plaintiff's claim of deliberate indifference to his medical needs.

Dated this 24th day of January, 2022.

                                                                                   _____
                                                                                   JOHN A. ROSS
                                                                                   UNITED STATES DISTRICT JUDGE