UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| OSCAR GARNER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:21-CV-00004 JAR |
| ) | |
| DR. WALKER, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court upon defense counsel's filing of the last known address for defendants Jandi Cox and Dr. Valerie Walker.[1] Because plaintiff Oscar Garner is proceeding *in forma pauperis*, the Court will direct the Clerk of Court to effectuate service of process through the United States Marshal's Service, using the information provided in Docket No. 27. *See* Fed. R. Civ. P. 4(c)(3). A copy of the summons and return of summons for defendant Jandi Cox shall be filed under seal and *ex parte*.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk shall update the docket to show the proper names for defendants: Jandi Cox, Dr. Valerie Walker and Dawn Moses.

**IT IS FURTHER ORDERED** that the Clerk of Court shall effectuate service of process via the United States Marshal's Service upon defendant Jandi Cox in her individual capacity at the home address provided in Docket No. 27. Service shall be made by summons.

---

[1] Bryan E. Wise, from the St. Charles County Counselor's Office, responded to this Court's February 17, 2022 Memorandum and Order requesting the last known home addresses for defendants Nurse Jandi and Dr. Walker. Counsel has provided the proper names for defendants so that the Court may effectuate service on plaintiff's behalf.

**IT IS FURTHER ORDERED** that the Clerk of Court shall effectuate service of process through the United States Marshal's Service upon defendant Dr. Valerie Walker, in her individual capacity, by summons. Service shall be made at the registered agent of defendant Walker's employer, Advanced Correctional Healthcare, Inc., at C.T. Corporation System, at 120 South Central Avenue, Clayton, Mo., 63105.

**IT IS FURTHER ORDERED** that a copy of the summons and the return of summons for defendant Jandi Cox shall be filed under seal and *ex parte*.

**IT IS FURTHER ORDERED** that plaintiff's motion to produce the addresses of defendants [ECF No. 26] is **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that plaintiff's motion for sanctions for failure to produce addresses [ECF NO. 32] is **DENIED**.

Dated this 31st day of March, 2021.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE